

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

MELISSA PHILLIPS, §
    Plaintiff, §
vs. § CIVIL ACTION NO.8:17-02423-MGL
 §
NANCY A. BERRYHILL, §
Acting Commissioner of Social Security, §
    Defendant. §

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND AFFIRMING DEFENDANT'S FINAL DECISION DENYING BENEFITS**

    This is a Social Security appeal in which Plaintiff Melissa Phillips (Phillips) seeks judicial review of the final decision of Defendant Nancy A. Berryhill (Berryhill) denying her claim for supplemental security income. The parties are represented by excellent counsel. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting Berryhill's final decision denying Phillip's claim be affirmed.

    The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).